**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 18-1405, 18-1407

**Caption [use short title]**

**Motion for:** Extension of Briefing Schedule

Set forth below precise, complete statement of relief sought:

Ruling pursuant to Local Rule 27.1 to extend the briefing
schedule such that Defendant-Appellant's must file
their reply brief by December 14, 2018

Milligan v. CCC Information Services, Inc.

**MOVING PARTY:** CCC Information Services Inc.

**OPPOSING PARTY:** Lorena M. Milligan

[ ] Plaintiff    [✓] Defendant

[✓] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** Kathleen P. Lally

**OPPOSING ATTORNEY:** Sharon Almonrode

[name of attorney, with firm, address, phone number and e-mail]

Latham & Watkins LLP

The Miller Law Firm PC

330 North Wabash Avenue, Suite 2800, Chicago IL 606011

950 West University Drive, Suite 300, Rochester, MI 48308

312.777.7005 kathleen.lally@lw.com

(248) 841-2200  ssa@millerlawpc.com

Court- Judge/ Agency appealed from: Hon. Joan M. Azrack, U.S. District Court for the Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

Is oral argument on motion requested?  [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes [ ] No

Has this relief been previously sought in this court?  [ ] Yes [ ] No

Requested return date and explanation of emergency:_____

**Signature of Moving Attorney:**

/s/ Kathleen P. Lally    **Date:** 11/19/2018    Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| LORENA M. MILLIGAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff-Appellee,<br><br>  vs.<br><br>GEICO GENERAL INSURANCE COMPANY and CCC INFORMATION SERVICES INC.,<br><br>      Defendants-Appellants. | Docket Nos. 18-1405, 18-1407<br><br>**DECLARATION OF KATHLEEN P. LALLY IN SUPPORT OF APPELLANT CCC INFORMATION SERVICES INC.'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Kathleen P. Lally, hereby declares as follows:

1. I am an attorney admitted to practice before this Court. I represent Defendant-Appellant CCC Information Services Inc. ("CCC"), and am fully familiar with the facts stated herein.

2. I submit this declaration in support of CCC's motion pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 27.1(f) to extend until December 14, 2018 the time by which CCC must file its reply brief in this case. CCC's reply brief is currently due on November 30, 2018.

3. I respectfully request a 14-day extension of time for the filing of CCC's reply brief, to and including December 14, 2018. This extension is necessary in light of the undersigned attorney's preexisting obligations in other cases, including participation at a November 27, 2018 hearing on a motion to dismiss 11 consolidated cases in *Dayspring Pediatric Dentistry, et al. v. Stericycle, Inc.*, Case No. 17-L-000229 (Circuit Court of Kane County, Illinois); a December 6, 2018 final approval hearing for a class action settlement in *Bishop, et al.*

1

*v. Behr Process Corporation, et al.*, Case No. 1:17-cv-04464 (N.D. Ill.); and motions to compel

arbitration due on December 7, 2018 in the multidistrict litigation *In re: Uber Technologies, Inc.*

*Data Security Breach*, Case No. 18-ML-2826 (C.D. Cal.).  This extension is also necessary in

light of preexisting travel plans in connection with the Thanksgiving holiday on November 22,

2018.

4.      No prior application to extend the deadline to file the reply brief in this appeal

was made by CCC.

5.      Appellee's counsel and counsel for Appellant GEICO General Insurance

Company have indicated that they do not oppose this request.

I declare under penalty of perjury that the foregoing information is true and accurate.


DATED:  Chicago, Illinois                          /s/ Kathleen P. Lally
        November 19, 2018                          Kathleen P. Lally