# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand and eighteen.

_____

Lorena M. Milligan, individually and on behalf of all others similarly situated,

        Plaintiff - Appellee,

v.

CCC Information Services Inc., Geico General Insurance Company,

        Defendants - Appellants.

_____

**ORDER**

Docket No. 18-1405(L), 18-1407(con)

Appellants have filed motions to extend their respective deadlines to submit reply briefs to December 14, 2018.

IT IS HEREBY ORDERED that the motions are GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court